103 F.3d 120
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Sarah Anne SYKES, Plaintiff--Appellant,
v.
Louis DAVENPORT, A Law Enforcement Officer with the Town of
Bladenboro, NC, in his individual capacity,
Defendant--Appellee.
 No. 96-1324.
 United States Court of Appeals, Fourth Circuit.
 Submitted Nov. 26, 1996.
Decided Dec. 18, 1996.
 
 William Odum Richardson, Richard Brooks Glazier, BEAVER, HOLT, RICHARDSON, STERNLICHT, BURGE & GLAZIER, P.A., Fayetteville, North Carolina, for Appellant. Louis Davenport, Appellee Pro Se.
 E.D.N.C.
 AFFIRMED.
 Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sykes v. Davenport, No. CA-95-136 (E.D.N.C. Feb. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED